# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| DESA BALLARD, as Successor Trustee of the Trust of Chris Combis, u/a/d 10-15-2013, | Case No.: 14-cv-1839-JFA |
| Plaintiff, | |
| v. | |
| DIANE COMBIS, | |
| Defendant. | |
| _____ | |
| DESA BALLARD, as Successor Trustee of the Trust of Chris Combis, | |
| Cross-Claim/Third Party Plaintiff, | |
| v. | **Order on Pre-Trial Conference** |
| GEORGE COMBIS; and DIANE COMBIS, as former Trustee of the Trust of Chris Combis; SUPERIOR TILE, MARBLE and TERRAZZO CORP.; and SUPERIOR STONE OF THE SOUTHEAST, INC., | |
| Cross-claim/Third Party Defendents. | |
| _____ | |
| In the Matter of the Estate of Chris Combis: | |
| DESA BALLARD, as Personal Representative of the Estate of Chris Combis, | |
| Petitioner, | |
| v. | |
| George Combis; Chris A. Combis; Diane Combis; and Superior Tile, Marble, and Terrazzo Corporation, and Superior Stone. | |
| _____ | |

1

LINDA COMBIS and MARY COMBIS,

        Plaintiffs,

v.

GEORGE COMBIS; and DIANE COMBIS, (Individually and as former Trustee of the Revocable Trust Agreement of Chris Combis),

        Defendants.
_____

The Court will conduct a pre-trial conference in this case on June 24, 2016 at 11:30 a.m. All parties must be prepared to offer the Court both an oral and written outline of their proposed opening statements to include each claim and defense they intend to present to the jury. Hopefully, this exercise will provide a basic outline for how the trial is to proceed as well as allow the Court to begin preparing the jury charge.

Additionally, each party should be prepared to identify the witnesses to be called and provide a reasonably accurate estimate of the time required for each.

**IT IS SO ORDERED.**

*Joseph F. Anderson, Jr.*

June 22, 2016                                   Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge